■ VICTOR YUZEK, Respondent, v. AGNELLO DEMAIO et al., Defendants, and KRISP-PAK, INC., et al., Appellants.— In an action pursuant to section 15 of the Stock Corporation Law and sections 60 and 61 of the General Corporation Law, the appeal is from an order denying appellants' motion to dismiss, as to them, the third, fifth, and sixth causes of action set forth in the complaint on the grounds of insufficiency and lack of legal capacity to sue. Order affirmed, without costs. No opinion. Wenzel, Acting P. J., Beldock, Ughetta, Hallinan and Kleinfeld, JJ., concur.

## SECOND DEPARTMENT, JULY, 1959 ■

## (July 14, 1959)

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JERRY ROBERTSON, Appellant, against EDWARD M. FAY, as Warden of Green Haven Prison, Respondent.— Motion for leave to appeal as a poor person and for other relief denied. Present — Nolan, P. J., Wenzel, Beldock, Murphy and Ughetta, JJ.